UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MICHAEL RYAN,

    Plaintiff,

vs.

Case No. 17-CV-10562
HON. GEORGE CARAM STEEH

CARSON CITY CORRECTIONAL
FACILITY, et al.,

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DOC. 62]

Plaintiff Sean Michael Ryan filed his pro se complaint under 42 U.S.C. § 1983 and the Americans with Disabilities Act ("ADA"), averring that his medical problems interfere with his life in prison and his access to prison services, and that defendants fail to properly accommodate these disabilities. On August 8, 2017, plaintiff filed a request for an order for the MDOC to authorize the purchase of a typewriter [doc. 59]. He explains that the sole remaining typewriter in the law library broke on July 23, 2017, and the MDOC turned down his father-in-law's offer to donate a new typewriter. On August 23, 2017, the magistrate judge issued her report

and recommendation recommending that plaintiff's request for injunctive relief be denied.

Plaintiff filed objections to the report and recommendation within the established time period. The objections consist of plaintiff's alternate suggestion that a freeze be placed on his prisoner account so that his father-in-law can deposit funds for plaintiff to purchase a typewriter. A temporary freeze on plaintiff's account would allow the funds to be available for the typewriter rather than be deducted by MDOC to pay for court costs.

While the court acknowledges that plaintiff's suggestion might provide a way for him to obtain his desired result with regard to the typewriter, he does not offer a specific objection to the proposed findings and recommendations of the report that form the basis for this court to reject said findings or recommendations. Furthermore, the court agrees with the reasons given by the magistrate judge in her well-reasoned report and recommendation denying plaintiff's request for an order instructing the MDOC to authorize the purchase of a typewriter. Now, therefore,

IT IS HEREBY ORDERED that plaintiff's objections to the report and recommendation are OVERRULED.

IT IS HEREBY FURTHER ORDERED that the magistrate judge's report and recommendation is ACCEPTED as the order of the court.

Dated: October 18, 2017

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 18, 2017, by electronic and/or ordinary mail and also on Sean Michael Ryan # 787263, Carson City Correctional Facility, 10274 Boyer Road, Carson City, MI 48811.

s/Barbara Radke
Deputy Clerk